## KEVIN HOLMES *v.* COMMISSIONER OF CORRECTION

The petitioner Kevin Holmes' petition for certification for appeal from the Appellate Court, 107 Conn. App. 662 (AC 28050), is denied.

*Kevin E. Dehghani*, special public defender, in support of the petition.

*Adam E. Mattei*, special deputy assistant state's attorney, in opposition.

Decided July 1, 2008

## STATE OF CONNECTICUT *v.* CHARLES JOHNSON

*Peter J. Bartinik, Jr.*, in support of the petition.

*Theresa Anne Ferryman*, senior assistant state's attorney, in opposition.

The defendant's petition for certification for appeal from the Appellate Court, 107 Conn. App. 746 (AC 28708), is denied.